UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)



CASE NO. 99-2862-CIV-SEITZ / GARBER

ACCESS NOW, INC., a Florida not-for-profit
corporation, and EDWARD S. RESNICK,
an individual,

        Plaintiffs,

vs.

THE COMRAS COMPANY OF FLORIDA,
INC., a Florida corporation, and SIMON
PROPERTY GROUP, INC., a Delaware
corporation,

        Defendants.
_____/

### AFFIDAVIT OF GLENN M. RISSMAN

STATE OF FLORIDA    )
                              ) SS
COUNTY OF BROWARD  )

GLENN M. RISSMAN, being duly sworn states:

    1.    I am over the age of 18 and have personal knowledge of the averments contained in the affidavit.

    2.    I am the sole counsel representing Defendants in the above-styled action. No other attorney from Stearns Weaver has participated in the defense of this action. Nor is any Stearns Weaver attorney other than myself sufficiently familiar with Title III of the Americans with Disabilities Act to defend the present action.



3. Trial in the instant matter is scheduled for the two-week trial calendar commencing December 4, 2000.

4. I am also lead counsel in <u>Ethel M. Cook v. NationsBank</u>, Case No. 99-14266-CIV-MOORE. If the matter goes to trial, I am responsible for trying the case. In an Order dated January 24, 2000, Judge Moore set the <u>Cook</u> case for trial during the two-week trial calendar commencing December 4, 2000.

5. The parties in the instant litigation are exploring resolution of this matter. In all likelihood, most, if not all of the items at issue will be amicably resolved prior to trial.

FURTHER AFFIANT SAYETH NAUGHT.

_____
GLENN M. RISSMAN

The foregoing instrument was acknowledged before me this _2nd_ day of November, 2000 by GLENN M. RISSMAN, who is personally known to me or has produced a driver's license as identification and who did (did not) take an oath.

_____
Print or Stamp Name: Wendy Clarke
Notary Public, State of Florida at Large
My Commission Expires: 5/8/2003



WENDY CLARKE
MY COMMISSION # CC 832100
EXPIRES May 2, 2003
1-800-3-NOTARY  Fla. Notary Service & Bonding Co.

I:\W-LIT\35265\001\99-2862\Affidavit of G. Rissman

-2-