UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

CASE NO. 99-2862-CIV-SEITZ / GARBER

NIGHT BOX
FILED

NOV 28 2000

CLARENCE MADDOX
USDC / SDFL / MIA

ACCESS NOW, INC., a Florida not-for-profit
corporation, and EDWARD S. RESNICK,
an individual,

    Plaintiffs,

vs.

THE COMRAS COMPANY OF FLORIDA,
INC., a Florida corporation, and SIMON
PROPERTY GROUP, INC., a Delaware
corporation, and BAKERY ASSOCIATES,
LTD., a Florida limited partnership,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiffs ACCESS NOW, INC. and EDWARD S. RESNICK and Defendants THE COMRAS COMPANY OF FLORIDA, INC., SIMON PROPERTY GROUP, INC., and BAKERY ASSOCIATES, LTD., by and through their respective undersigned counsel, hereby advise the court that the parties have resolved the matters at issue. Within ten days of this Notice, the parties will submit a Stipulation of Voluntary Dismissal with Prejudice.

Dated: _November 28, 2000_

#36
H1

Respectfully submitted,

STEPHEN M. CODY
Florida Bar No. 334685
16610 S.W. 82nd Court
Miami, Florida 33157-3604
Telephone: (305) 233-8073
Facsimile: (305) 251-6874
ATTORNEY FOR PLAINTIFFS


STEARNS WEAVER MILLER WEISSLER
 ALHADEFF & SITTERSON, P.A.
200 East Broward Boulevard
Suite 1900
Fort Lauderdale, Florida 33301
Telephone: (954) 462-9500
Telephone: (954) 462-9567

By: _____
GLENN M. RISSMAN
Florida Bar No. 899526
E-mail: grissman@swmwas.com

ATTORNEYS FOR DEFENDANTS


I:\W-LIT\35265\001\99-2862\Notice Settle

-2-