# United States District Court
## Southern District of Florida
### Miami Division

Case No. 99-2862-CIV-SEITZ

ACCESS NOW, INC., a Florida not-for-profit
corporation, and EDWARD RESNICK, an
individual,

      Plaintiffs,

vs.

THE COMRAS COMPANY OF FLORIDA,
INC., SIMON PROPERTY GROUP, INC., and
BAKERY ASSOCIATES, LTD.,

      Defendants.

_____/

### STIPULATION OF DISMISSAL

Plaintiffs ACCESS NOW, INC., and EDWARD RESNICK, and Defendants THE

COMRAS COMPANY OF FLORIDA, INC., SIMON PROPERTY GROUP, INC., and BAKERY

ASSOCIATES, LTD., hereby give this Court notice of their settlement of this action, stipulate to

the dismissal of this action with prejudice, and request that this Court retain jurisdiction of this

matter to enforce the settlement entered into by the parties.

STEPHEN M. CODY, ESQ.
Attorney for Plaintiffs
16610 SW 82nd Court
Miami, FL 33157
Telephone (305) 233-8073
Telecopier (305) 251-5713

_____
Florida Bar No. 334685

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
200 E Broward Blvd  Suite 1900
Ft Lauderdale FL 33301-1949
Telephone (954) 462-9500
Telecopier (954) 462-9567

By:_____
Glenn M. Rissman, Esq.
Florida Bar No. 899526