# United States District Court
Southern District of Florida
Miami Division

Case No. 99-2862-CIV-SEITZ

ACCESS NOW, INC., a Florida not-for-profit corporation, and EDWARD RESNICK, an individual,

Plaintiffs,

vs.

THE COMRAS COMPANY OF FLORIDA, INC., SIMON PROPERTY GROUP, INC., and BAKERY ASSOCIATES, LTD.,

Defendants.
_____/



FILED by ___ D.C.

MAR 9 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

**CLOSED CIVIL CASE**

## ORDER OF DISMISSAL

THIS CAUSE coming on the Joint Stipulation of Plaintiffs ACCESS NOW, INC., and EDWARD RESNICK, and Defendants THE COMRAS COMPANY OF FLORIDA, INC., SIMON PROPERTY GROUP, INC., and BAKERY ASSOCIATES, LTD., of the settlement of this action, and the Court having reviewed the matter and being otherwise fully advised in the premises, it is thereupon,

ORDERED AND ADJUDGED that this action is hereby DISMISSED WITH PREJUDICE. The Court hereby reserves jurisdiction to enforce the settlement agreement entered into between the parties. All pending motions are DENIED AS MOOT and this CASE IS CLOSED. DONE AND ORDERED in Chambers in Miami, Florida this 9th day of March, 2001.

UNITED STATES DISTRICT JUDGE
Patricia A. Seitz

Copies furnished to:
Glenn M. Rissman, Esq.
Stephen M. Cody, Esq.